[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 228.]

**MIDDLETON, APPELLANT, *v*. CUYAHOGA COUNTY BOARD OF REVISION ET AL.,
APPELLEES.**

**[Cite as *Middleton v. Cuyahoga Cty. Bd. of Revision*, 1996-Ohio-97.]**

*Taxation—Real property valuation—Party does not have standing to file a
complaint seeking a decrease in the value of property owned by another—
R.,C. 5715.13, construed and applied.*

(Nos. 94-2399, 94-2534, 95-300 and 95-463—Submitted December 6, 1995—
Decided January 10, 1996.)

APPEALS from the Board of Tax Appeals, Nos. 94-P-158, 94-K-468, 94-K-1137
and 94-D-1126.

—————————

*David J. Middleton, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and
*Marilyn Barkley Cassidy,* Assistant Prosecuting Attorney, for appellees Cuyahoga
County Board of Revision and Cuyahoga County Auditor.

*Armstrong, Mitchell & Damiani, Timothy J. Armstrong* and *Victor V.
Anselmo,* for appellee Cleveland Board of Education in case Nos. 94-2399 and 95-
300.

*Kelly, McCann & Livingstone* and *Robert A. Brindza,* for appellee
Cuyahoga Heights Board of Education in case No. 94-2534.

*Kadish & Bender, Kevin M. Hinkel* and *David G. Lambert,* for appellee
Board of Education for the Berea City School District in case No. 95-463.

*Rosenzweig, Schulz & Gillombardo Co., L.P.A.,* and *Bill J. Gagliano,*
urging affirmance for *amicus curiae*, Westlake Board of Education in case No. 94-
2399.

—————————

**{¶ 1}** Case Nos. 94-2399, 94-2534, 95-300 and 95-463 are consolidated.

**{¶ 2}** The decisions of the Board of Tax Appeals are affirmed on the authority of *Middleton v. Cuyahoga Cty. Bd. of Revision* (1996), ___ Ohio St.3d ___, ___ N.E.2d ___, decided today.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

———————————